IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN MITCHELL, personal representative of the estate of RAY ANSON MITCHELL, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 15-0360-CG-C |
| CITY OF MOBILE, et al., ) ) | |
| Defendants. ) | |

## ORDER

The parties having filed a Joint Stipulation for Dismissal (Doc. 84), the Plaintiff's claims against Defendant Patrick Palmer are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or his own costs.

**DONE and ORDERED** this 27th day of October, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE