IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN MITCHELL, Personal Representative of the Estate of Ray Anson Mitchell, Deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF MOBILE, ALABAMA, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 15-0360-CG-C |

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendants' Motions for Summary Judgment, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendant City of Mobile, Alabama; Defendant Steven Chandler; and Defendant Miranda Wilson and against Plaintiff Ann Mitchell, Personal Representative of the Estate of Ray Anson Mitchell, Deceased. It is, therefore, **ORDERD** that Plaintiff's claims against Defendant City of Mobile, Alabama; Defendant Steven Chandler; and Defendant Miranda Wilson are hereby **DISMISSED with prejudice**. Costs are to be taxed against Plaintiff.

**DONE and ORDERED** this 3rd day of May, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE